RECORD OF GRAND JURY BALLOT

Cr 2:18-1017

THE UNITED STATES OF AMERICA v. **WENDELL BERNARD WILKINS, ET AL.**

(SEALED UNTIL FURTHER ORDER OF THE COURT)