IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 2:18-cr-1017 |
| ) | |
| vs. ) | |
| ) | **WRIT OF HABEAS CORPUS** |
| **WENDELL WILKINS** ) | **AD PROSEQUENDUM** |
| SID: SC01493843 ) | |

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, **WENDELL WILKINS**, is presently incarcerated at the Lieber Correctional Institution, 136 Wilborn Avenue, Ridgeville, SC 29472.

It is therefore

ORDERED that the Warden, or their authorized representative, deliver **WENDELL WILKINS**, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

November **15**, 2018

I SO MOVE:

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: s/Rhett Dehart
_____
Rhett Dehart (#07777)
Assistant United States Attorney
151 Meeting Street
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: Rhett.dehart @usdoj.gov