# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 2:18-cr-1017-DCN

Wendell Wilkins

## PLEA

The Defendant, ___Wendell Wilkins___, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)   Defendant

November 29, 2018
Charleston, South Carolina