IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

**vs**                                                     **CR NO. 2:18-CR-01017-DCN-1**

**Wendell Wilkins**

## PLEA

The defendant, **Wendell Wilkins**, having withdrawn his plea of Not Guilty entered, November 29, 2018  pleads guilty to **Count(s)** _____**3**_____ of the **Indictment**, after arraignment in open court.

_(Signed) Defendant_

Charleston, South Carolina
December 2, 2019