IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:18-cr-01017-DCN-1 |
| | ) |
| v. | ) |
| | ) |
| WENDELL WILKINS | ) |

MOTION FOR PRELIMINARY ORDER OF FORFEITURE
AS TO WENDELL WILKINS

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, moves this Court for the entry of Preliminary Order of Forfeiture as to Wendell Wilkins ("Defendant"), based upon the Defendant's conviction of money laundering, in violation of 18 U.S.C. § 1956.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

PETER M. MCCOY, JR.
UNITED STATES ATTORNEY

By:    *s/Anne Hunter Young*
       Anne Hunter Young (Fed I.D. #7258)
       Assistant United States Attorney
       United States Attorney's Office
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201

May 26, 2020